PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Douglas E Perry, Jr            Cr.: 18-00024-001
                                                                                      PACTS #: 23724

Name of Sentencing Judicial Officer:      THE HONORABLE RICHARD W. STORY
                                                     UNITED STATE DISTRICT JUDGE – NDGA

Name of New Judicial Officer:          THE HONORABLE SUSAN D. WIGENTON
                                                     UNITED STATES DISTRICT JUDGE - DNJ

Date of Original Sentence: 11/15/2012
Date of Violation of Supervised Release Sentence: 05/31/18

Original Offense:    Count 1: Felon in Possession of a Firearm
Violation of Supervised Release: Commit a New Crime

Original Sentence: 84 months imprisonment, 36 months supervised release
Violation of Supervised Release Sentence: 6 months imprisonment; 24 months supervised release

Special Conditions: Location Monitoring Program, Substance Abuse Testing, Domestic Violence

Type of Supervision: Supervised Release              Date Supervision Commenced: 07/12/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On November 2, 2018, the offender admitted to using marijuana. |

U.S. Probation Officer Action:
The offender has been referred for outpatient substance abuse counseling.

                                                                             Respectfully submitted,

                                                                             *Patrick Hattesley*
                                                                             By:  Patrick Hattersley
                                                                                 Senior U.S. Probation Officer
                                                                             Date: 11/21/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

December 4, 2018
Date