PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Douglas E. Perry, Jr.    Cr.: 18-00024-001
                                            PACTS #: 23724

Name of Sentencing Judicial Officer:    THE HONORABLE RICHARD W. STORY
                                         UNITED STATE DISTRICT JUDGE – ND/GA

Name of New Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
                                  UNITED STATES DISTRICT JUDGE – D/NJ

Date of Original Sentence: 11/15/2012

Original Offense:    Count 1: Felon in Possession of a Firearm

Original Sentence: Imprisonment - 84 months; Supervised Release – 3 years

Violation of Supervised Release (Committed a New Crime) Sentence – 05/31/2018: Supervised Release Revoked; Imprisonment - 6 months; Supervised Release – 24 months

Special Conditions: Location Monitoring Program, Alcohol/Drug Testing and Treatment, Domestic Violence Counseling

Type of Supervision: Supervised Release    Date Supervision Commenced: 07/12/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

The offender has been attending outpatient substance abuse counseling at The Bridge. On January 9, 2019, January 17, 2019, March 20, 2019, and April 17, 2019, the offender tested positive for THC (marijuana).

The offender has also been tested by the Probation Office and on January 29, 2019, he tested positive for THC and alcohol. On February 19, 2019, he tested positive for amphetamines, benzoylecgonine (cocaine), methamphetamine, and THC.

U.S. Probation Officer Action:

The offender has openly admitted his use of marijuana and has struggled to refrain from using this substance. During the times when he tested positive, the offender was unemployed and depressed. He admittedly denied using any other substances.

The offender has been attending outpatient counseling at The Bridge. The Probation Office has spoken with his counselor, who recommends the offender continue with treatment as she feels the offender has recently made positive strides. He is now employed and more actively engaged in counseling.

The Probation Office concurs with the recommendation from the treatment provider. The offender has been warned that his next positive test will result in violation proceedings being initiated. Should Your Honor concur with this recommendation, we shall provide this signed document to the offender as an Official Judicial Letter or Reprimand.

Respectfully submitted,

By: Patrick T. Hattersley
Senior U.S. Probation Officer
Date: 04/22/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time – Document to Serve as Official Judicial Letter of Reprimand (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

April 23, 2019
_____
Date